UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

BILL & TED'S RIVIERA, INC.,
PARTITION STREET PROJECT, LLC,
on behalf of themselves and all other similarly
situated individuals,

                      Plaintiffs,

-against-

ANDREW M. CUOMO, LETITIA JAMES,
GREELEY T. FORD, EMPIRE STATE
DEVELOPMENT CORPORATION,
NEW YORK STATE LIQUOR AUTHORITY,

                      Defendants.

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

Civil No. 20-CV-1001 (FJS)(TWD)

---

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel that the above-captioned action is voluntarily dismissed against Defendants, ANDREW M. CUOMO, LETITIA JAMES, GREELEY T. FORD, EMPIRE STATE DEVELOPMENT CORPORATION, and NEW YORK STATE LIQUOR AUTHORITY, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii). All parties also certify, stipulate, and agree that no party hereto is an infant or incompetent.

Dated: November 27, 2020

| s/ Phillip A. Oswald | s/ Christopher Liberati-Conant |
|---|---|
| Phillip A. Oswald, Esq. | Christopher Liberati-Conant, Esq. |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |
| Rupp Baase Pfalzgraf Cunningham LLC | New York State Attorney General - Albany |
| 25 Walton Street | The Capitol |
| Saratoga Springs, NY 12866 | Albany, NY 12224 |
| (518) 886-1902 | (518) 776-2584 |
| oswald@ruppbaase.com | christopher.liberati-conant@ag.ny.gov |

IT IS SO ORDERED.
November 30, 2020

_____
Frederick J. Scullin, Jr.
Senior United States District Judge